HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARTHUR WEST,

              Plaintiff,

    v.

BRUCE and RHONDA HILYER, etc. al.,

              Defendants.

Case No. C10-5395 RBL

ORDER DENYING MOTION TO
DISMISS WITHOUT PREJUDICE

      This matter is before the Court on the Plaintiff's Motions to Dismiss Without Prejudice [Dkt. # 25, 26, 27]. Plaintiff filed his complaint on June 4, 2010, alleging mail and wire fraud. Defendants filed a motion for summary judgment on October 7, 2010. Instead of responding on the merits, Plaintiff moved to dismiss his claims without prejudice under Fed. R. Civ. P. 41(a)(2).

      A motion for voluntary dismissal under Rule 41(a)(2) will only be granted if the defendant is not prejudiced. *Galasso v. Eisman*, 310 F.Supp. 2d 569, 572 (S.D. NY. 2004). In *Galasso*, the court denied a plaintiff's motion to dismiss without prejudice because among other reasons, the defendant had a pending motion for summary judgement. 310 F.Supp. 2d at 572. The court held that "a party should not be permitted to avoid the prospect of an adverse decision on a dispositive motion by dismissing a claim without prejudice." *Id*. This Court will not allow Plaintiff to do so here.

ORDER
Page - 1

Plaintiff is a "frequent filer" in Federal Court, often engaging in "hit and run" litigation. He files inflammatory claims against public officials only to retreat, seeking a motion to dismiss without prejudice, when confronted with motions aimed at killing his lawsuit. This practice or habit will not be permitted by this Court.

Plaintiff's Motions to Dismiss Without Prejudice [Dkt. # 25, 26, 27] are DENIED. Plaintiff must respond to Defendant's Motion for Summary Judgment within 10 days. If Plaintiff does not respond, his claims will be Dismissed WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED this 5th day of November, 2010.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE