HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARTHUR WEST,

        Plaintiff,

   v.

BRUCE and RHONDA HILYER, et al,

        Defendants.

Case No. C10-5395RBL

ORDER DENYING MOTION FOR RECONSIDERATION [Dkt. #35]

THIS MATTER is before the Court on Plaintiffs' Motion for Reconsideration [Dkt. #35] of the Court's Order [Dkt. #34] dismissing the Plaintiff's counterclaim against the AWC, and granting the Hilyer and King County defendants' Motion for Summary Judgment. The Court has reviewed and considered the Motion.

Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. Local Rule 7(h). This standard has not been met in this case, and the Court will not Reconsider its prior ruling [Dkt. #34].

Plaintiffs' Motion for Reconsideration [Dkt. #35] is **DENIED.**

**IT IS SO ORDERED.**

Dated this 4th day of January, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE